No. 11–5696.  SMITH v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 11–5697.  BLACKBURN v. ALABAMA.  Ct. Crim. App. Ala.  Certiorari denied.

No. 11–5700.  COOPER v. MASSACHUSETTS.  App. Ct. Mass.  Certiorari denied.

No. 11–5703.  DALLUGE v. WASHINGTON.  Sup. Ct. Wash.  Certiorari denied.

No. 11–5704.  SWAIN v. FULLENKAMP ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 11–5706.  STEWART v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 11–5708.  MESSINA v. MARSHALL ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 11–5714.  KOEHLER v. DISCIPLINARY COUNSEL OF OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 11–5715.  WILSON v. WHITMORE.  Ct. App. Ohio, Cuyahoga County.  Certiorari denied.

No. 11–5717.  TEFERA v. MINNESOTA COMMISSIONER OF HUMAN SERVICES ET AL.  Ct. App. Minn.  Certiorari denied.

No. 11–5726.  LEE v. SPOONER PETROLEUM CO. ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 11–5728.  KENNEDY v. FORNISS, WARDEN.  C. A. 11th Cir.  Certiorari denied.

No. 11–5733.  COATES v. POWELL ET AL.  C. A. 8th Cir.  Certiorari denied.

